UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
TRUSTEES OF THE UNITE HERE NATIONAL
HEALTH FUND and TRUSTEES OF THE UNITE
HERE NATIONAL RETIREMENT FUND,         JUDGE MARRERO
        Plaintiff(s),                          Index No. 07 CV 6772

    -against-                                     AFFIDAVIT OF SERVICE
LOUIS HORNICK & CO., INC.,
        Defendant(s).
---------------------------------------------------------X
STATE OF NEW YORK   )
          S.S.:
COUNTY OF NEW YORK)

    HECTOR FIGUEROA, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

    That on the 6th day of August 2007, at approximately 12:55 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** upon Louis Hornick & Co., Inc. at 261 Fifth Avenue, 2nd Floor, New York, NY 10016, by personally delivering and leaving the same with Richard G. Rocco, Controller, who informed deponent that he is an agent authorized by appointment to receive service at that address.

    Richard G. Rocco is a white male, approximately 50 years of age, stands approximately 6 feet 0 inches tall, weighs approximately 230 pounds with black/gray hair and light eyes wearing glasses.

_[signature]_
HECTOR FIGUEROA #870141

Sworn to before me this
8th day of August, 2007

_[signature]_
NOTARY PUBLIC

HOWARD DANIEL GOLDMAN
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01GO5062405
QUALIFIED IN NEW YORK COUNTY
MY COMMISSION EXPIRES JULY 1, 2010