UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of
ARBITRATION OF DISPUTES

between

THE TRUSTEES OF THE
UNITE HERE NATIONAL HEALTH FUND and
THE TRUSTEES OF THE
UNITE HERE NATIONAL RETIREMENT FUND,
Plaintiffs,

and

LOUIS HORNICK & CO., INC.,
Defendant.

**AFFIDAVIT OF SERVICE**
**07 Civ. 6772 (VM)**

STATE OF NEW YORK    )
                     ) ss.
County of New York   )

Annie Habeeb, being duly sworn, deposes and says:

1. I am over 18 years of age, am not a party to this action and reside in the County of Suffolk, New York 11788.

2. On September 18, 2007 I served the Respondent herein with a copy of the Notice of Dismissal Pursuant to Rule 41(a) by delivering a true copy of said Motion papers in an envelope addressed to the Defendant at 261 Fifth Avenue, 2nd Floor, New York, New York 10016 into the custody of the United States Postal Service at a Post Office within the State of New York for certified mailing, return receipt number 7007 1490 0000 4218 3738 and regular mail.

_____
Annie Habeeb

Sworn to, before me, this
18th day of September 2007

_____
SABRINA BROOKS
Notary Public, State of New York
No 01BR6152502
Qualified in Queens County,
Commission Expires 9/18/2010