UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE TRUSTEES OF THE
UNITE HERE NATIONAL HEALTH FUND and
THE TRUSTEES OF THE
UNITE HERE NATIONAL RETIREMENT FUND,
Plaintiffs,

against

LOUIS HORNICK & CO., INC.,
Defendant.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-19-07

NOTICE OF DISMISSAL
PURSUANT TO RULE 41(a)
07 Civ. 6772 (VM)

SIRS:

**PLEASE TAKE NOTICE**, that The Trustees of the UNITE HERE National Health Fund and The Trustees of the UNITE HERE National Retirement Fund (hereinafter, the "Plaintiffs"), having commenced the within action by filing the Summons and Complaint on July 27, 2007 and a copy of the Summons and Complaint having been served on Louis Hornick & Co., Inc., (hereinafter, the "Defendant"), and no Answer, Counterclaim nor Motion for Summary Judgment having been served by the Defendant, and it being the Plaintiffs' intention to voluntarily dismiss this action without prejudice;

**THEREFORE**, pursuant to the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, the within action is hereby voluntarily dismissed without prejudice.

Dated: September 17, 2007
New York, New York

*[signature]*
Mark Schwartz, Esq. (MS-0148)
Attorney for Plaintiffs
730 Broadway, 10th Floor
New York, New York 10003-9511
(212) 539-5275

SO ORDERED: 18 September 2007
The Clerk of Court is directed to close this case.

*[signature]*
Victor Marrero
United States District Court Judge